IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NIA MARTIN, CAIRO MITCHELL, BRITTANY PACE, and GIANA SHABAZZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**METRO LANES & GAMES, LLC; ATLANTA FAMILY FUN CENTERS, INC; METRO FITNESS, LLC; METRO FAMILY FUN CENTER, LLC; BRUCE RICHARDSON; and GREGORY ALEXANDER,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-03423-rws |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NIA MARTIN, CAIRO MITCHELL, BRITTANY PACE, and GIANA SHABAZZ, Plaintiffs in the above-captioned action, and METRO LANES & GAMES, LLC, ATLANTA FAMILY FUN CENTERS, INC., METRO FITNESS, LLC, METRO FAMILY FUN CENTER, LLC, BRUCE RICHARDSON AND GREGORY ALEXANDER, Defendants in the above-captioned action, acting by and through their attorneys of record and pursuant to a settlement agreement, hereby dismiss all claims in this action with prejudice.

Stipulated and respectfully submitted, this 13th day of November, 2014.

| | |
|---|---|
| <u>Eric R. Magnus</u> | <u>/s/ W. Anthony Collins, Jr.</u> |
| ERIC R. MAGNUS | W. ANTHONY COLLINS, JR |
| Georgia Bar No. 801405 | Georgia Bar No. 141712 |
| Jackson Lewis, P.C. | Smith, Collins & Fletcher, P.A. |
| 1155 Peachtree Street N.E. | 8565 Dunwoody Place |
| Suite 1000 | Building 15, Suite B |
| Atlanta, Georgia 30309-3600 | Atlanta, Georgia 30350 |
| MagnusE@JacksonLewis.com | Anthony@SCandF.com |
| Counsel for Defendants | Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NIA MARTIN, CAIRO MITCHELL, BRITTANY PACE, and GIANA SHABAZZ,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**METRO LANES & GAMES, LLC; ATLANTA FAMILY FUN CENTERS, INC; METRO FITNESS, LLC; METRO FAMILY FUN CENTER, LLC; BRUCE RICHARDSON; and GREGORY ALEXANDER,**<br><br>**Defendants.** | Civil Action No. 1:14-cv-03423-rws |

## Certificate of Service

I hereby certify that I have this date served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to this action by depositing the same in the United States Mail, with sufficient postage affixed thereon to ensure proper delivery and addressed as follows:

Eric R. Magnus
Jackson Lewis, P.C.
1155 Peachtree Street N.E.
Suite 1000
Atlanta, Georgia 30309-3600

This 13th day of November, 2014.

/s/ W. Anthony Collins, Jr
W. Anthony Collins, Jr.
Georgia Bar No. 141712

SMITH, COLLINS & FLETCHER, P.A.
8565 Dunwoody Place
Building 15, Suite B
Atlanta, Georgia 30350
Anthony@SCandF.com
Telephone: 678-245-6785
Fax: 888-413-3031

4818-8768-3104, v. 1